CHARLES HYNES, Respondent. [739 NYS2d 292] —Writ of habeas corpus in the nature of an application for bail reduction upon Kings County Indictment No. 1512/02.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230). Santucci, J.P., Altman, Townes and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT F. KATZBERG, on Behalf of DROR HERSHOWITZ, Petitioner, v CHARLES HYNES, Respondent. [739 NYS2d 292] —Writ of habeas corpus in the nature of an application for bail reduction upon Kings County Indictment No. 1512/02.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230). Santucci, J.P., Altman, Townes and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN SMALLS, Appellant, v WARDEN DECIUCEIS, Respondent. [739 NYS2d 581] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Lange, J.), entered January 16, 2001, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The Supreme Court properly dismissed this habeas corpus proceeding, since it was not the appropriate vehicle for asserting the claims raised in the petition (*see, People ex rel. Douglas v Vincent*, 50 NY2d 901; *People ex rel. Maldonado v Artuz*, 267 AD2d 411; *People ex rel. Smith v Hanslmaier*, 237 AD2d 473; *People ex rel. Benbow v Scully*, 189 AD2d 844). Krausman, J.P., McGinity, H. Miller and Adams, JJ., concur.

(March 25, 2002)

■ ANDREW ASARO, Appellant, v JOHN MICALI et al., Respondents. [739 NYS2d 591] —In an action to recover damages